# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kevin Bishopton  Cr.: 17-00064-001
PACTS #: 3168633

Name of Sentencing Judicial Officer:  THE HONORABLE MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE (SD/OH)

Name of Assigned Judicial Officer:  THE HONORABLE JOSE L. LINARES
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/17/2016

Original Offense:  18 U.S.C. § 1029 (a)(1) and (b)(2): Conspiracy to Defraud, Produce, Use or Traffic in Counterfeit Access Devices

Original Sentence: 21 months imprisonment, 36 months supervised release

Special Conditions: DNA testing, Special Assessment, $68,755.39 in Restitution, Mental Health Treatment

Type of Supervision: Supervised Release  Date Supervision Commenced: 12/13/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to satisfy restitution |

U.S. Probation Officer Action:

Throughout his term of supervised release, Bishopton has paid $191.63 towards his restitution. The offender's supervision is due to expire on December 12, 2019, with an outstanding restitution balance of $67,773.76. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

*Elisa Martinez*

By: Elisa Martinez
Supervising U.S. Probation Officer
Date: 11/18/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on December 12, 2019 (as recommended by Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

Dec 5-19
_____
Date